CD/CA VENTURA
1/10 993 - CL

| ⌘PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* N0431178 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT California | DIVISION Central |
|---|---|---|
| Salvatore O D'Agostino | NAME OF SENTENCING JUDGE Honorable Rita Coyne Federman | |
| *[RECEIVED stamp: MAR 31 2008 U.S. PROBATION OFFICE CHICAGO, IL]* | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/19/07 | TO 10/18/10 |

**OFFENSE**

Section 23152(b) of the California Vehicle Code; Driving under the influence

**08 CR 311** JUDGE MANNING    MAGISTRATE JUDGE ASHMAN

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____CENTRAL_____ DISTRICT OF _____CALIFORNIA_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Northern District of Illinois_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/18/2008
*Date*

*[signature]*
United States ~~District~~ Judge
*Magistrate*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___Illinois___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**FILED**
APR 1 4 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 1 1 2008
*Effective Date*

*[signature: James F. Holderman]*
*United States District Judge*